# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH R. HENRY,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTHEW CATE, et al.,<br><br>    Defendants. | Case No. 1:14-cv-00791-LJO-SKO (PC)<br><br>ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER TO DEFENDANTS CONTRERAS AND JOLLEY<br><br>(Doc. 21) |

Plaintiff Kenneth Henry ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 23, 2014. This action for damages is proceeding against Defendants Jolley,[1] Contreras, and Ortega ("Defendants") for violation of the Eighth Amendment of the United States Constitution.

On August 10, 2015, Defendants Contreras and Jolley filed an answer to Plaintiff's complaint. Accordingly, application of the discovery and scheduling order filed on June 1, 2015, is HEREBY EXTENDED to Defendants Contreras and Jolley.

IT IS SO ORDERED.

Dated: __August 11, 2015__              __/s/ Sheila K. Oberto__
                                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Identified as Jolly in the complaint.