# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH R. HENRY, | Case No. 1:14-cv-00791-LJO-SKO (PC) |
| Plaintiff, | ORDER DIRECTING CLERK'S OFFICE TO RETURN PLAINTIFF'S RESPONSES TO DEFENDANT ORTEGA'S DISCOVERY REQUESTS |
| v. | |
| MATTHEW CATE, et al., | |
| Defendants. | |

Plaintiff Kenneth Henry, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 23, 2014. On November 3, 2015, the Clerk's Office received Plaintiff's responses to Defendant Ortega's discovery requests. Plaintiff's responses must be served by mail directly on Defendant Ortega's counsel. While Plaintiff's court filings, such as motions or responses to motions, are served on Defendants via the Court's electronic filing system, discovery requests and responses must be exchanged between the parties and should not be sent to the Court, unless and until a dispute arises and a party files a motion to compel. Accordingly, the Clerk's Office shall send Plaintiff's discovery responses back to him and he shall mail them directly to Defendant Ortega's counsel.

IT IS SO ORDERED.

Dated:   **November 5, 2015**          **/s/ Sheila K. Oberto**
                                UNITED STATES MAGISTRATE JUDGE