1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

7
8
9

KENNETH R. HENRY,

          Plaintiff,

   v.

MATTHEW CATE, et al.,

          Defendants.

_____/

Case No. 1:14-cv-00791-LJO-SKO (PC)

ORDER STRIKING UNSIGNED MOTION FOR INTERVENTION

(Doc. 60)

10
11
12
13
14
15
16
17

     Plaintiff Kenneth Henry, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 23, 2014.  On February 1, 2016, Plaintiff filed an unsigned motion for intervention.  (Doc. 60.)

18
19

     The Court cannot consider an unsigned filing[1] and the motion is therefore ORDERED STRICKEN from the record.  Fed. R. Civ. P. 11(a); Local Rule 131(b).

20
21

IT IS SO ORDERED.

22
23

Dated:   __February 2, 2016__                      _____/s/ Sheila K. Oberto__
                                UNITED STATES MAGISTRATE JUDGE

24
25
26
27
28

---

[1] Plaintiff filed a nearly identical document on January 28, 2016 (Doc. 57) which was considered and upon which Findings and Recommendations issued on the same date that Plaintiff's present motion was filed.