# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH R. HENRY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CATE, et al.,<br><br>　　　　　Defendants. | **Case No.  1:14-cv-00791-LJO-SKO (PC)**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTIONS SEEKING COURT INTERVENTION FOR LACK OF JURISDICTION**<br><br>**(Docs. 56-59)** |

　　　　Plaintiff, Kenneth R. Henry, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On February 1, 2016, the Magistrate Judge filed two Findings and Recommendations to deny Plaintiff's motions seeking court intervention regarding his housing, which were served on the parties and contained notice that objections to the Findings and Recommendations were to be filed within thirty days.  Neither side filed any objections.  Local Rule 304(b), (d).

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The Findings and Recommendations, filed on February 1, 2016 (Docs. 58, 59), are
　　　　　　adopted in full; and

1

2. Plaintiff's motions, filed on January 28, 2016 (Docs. 56, 57) requesting court intervention regarding where he is housed, are denied for lack of jurisdiction.

IT IS SO ORDERED.

Dated: **March 31, 2016**              /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE